UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ARIEL MORALES BRACHO,<br><br>Plaintiff,<br><br>v.<br><br>JORGE AUGUSTO CALDERON, HERTY CARVAJAL; JUAN MIRANDA; YOENDRI CARBALLEDO HERNANDEZ,<br><br>Defendants. | Case No.: 2:20-cv-01306-RFB-EJY<br><br>**ORDER** |

Plaintiff, proceeding *pro se*, filed what appears to be four separate complaints (the "Initiating Documents") with the Clerk of Court to commence a civil action in this Court consolidated into ECF No. 1-1. Plaintiff also filed a Motion for Application to Proceed in District Court without prepaying fees or costs (ECF No. 2).

Plaintiff has not submitted an application to proceed *in forma pauperis*, which he must do pursuant to 28 U.S.C. § 1915(a)(1) and the U.S. District Court for the District of Nevada Local Rule LSR 1-1. Local Rule LSR 1-1 states: "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*. The application must be made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities." Because Plaintiff has not submitted an *in forma pauperis* application his request to proceed without prepaying fees is denied without prejudice.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Application to Proceed without prepaying fees or costs, docketed at ECF No. 2, is DENIED without prejudice.

IT IS FURTHER ORDERED that the Clerk of Court shall retain, but not file Plaintiff's Complaint, ECF No. 1-1.

IT IS FURTHER ORDERED that the Clerk of Court shall send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this Order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form, in compliance with 28 U.S.C. § 1915(a) and LSR 1-1; or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee). Failure to comply with this Order may result in a recommendation to dismiss.

Dated this 10th day of September, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2